AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

SHERMAN BLOCK,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:06-cv-00204-HDM-RAM**

JACK PALMER, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Respondents' #16, Motion to Dismiss is GRANTED and Petitioner's petition is dismissed as untimely filed.

  May 28, 2008                                    **LANCE S. WILSON**
                                                                      Clerk

                                                                 /s/ Kalani Lizares
                                                                  Deputy Clerk